**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 16-7712**

─────────────

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ANTHONY TORELL TATUM, a/k/a Anthony Tatum, a/k/a Brandon Ross, a/k/a Short Dog,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, Senior District Judge. (8:13-cr-00492-DKC-1)

─────────────

Submitted: February 16, 2017      Decided: February 22, 2017

─────────────

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Anthony Torell Tatum, Appellant Pro Se. Deborah A. Johnston, Assistant United States Attorney, Thomas Patrick Windom, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Torell Tatum appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion seeking to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Tatum, No. 8:13-cr-00492-DKC-1 (D. Md. Nov. 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED